UNITED STATES OF AMERICA,

      Plaintiff,

vs.

FREDIS VALENCIA PALACIOS,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## ON COUNSEL'S CJA VOUCHER

**THIS CAUSE** came before the Court upon the Report and Recommendation on Counsel's Final Payment CJA Voucher submitted pursuant to the Criminal Justice Act Voucher 113C. 0753470 issued by United States Magistrate Judge Alicia M. Otazo-Reyes on March 21, 2019, [ECF No.171]. Magistrate Judge Otazo-Reyes, recommends that this Court, approve the Final Payment CJA Voucher and that Attorney Arturo V. Hernandez be paid a total sum of **$17,571.91**. The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed. The

      Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record and for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

      **ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendations [ECF No. 171], is hereby **ADOPTED and AFFIRMED.**

      **DONE AND ORDERED** in Chambers at Miami, Florida, this _8_ day of April, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
Arturo V. Hernandez, Esq
CJA Administrator